Opinion filed December 14, 2023



In The

# Eleventh Court of Appeals

_____

## No. 11-23-00238-CV

_____

## NAKOTA TRUCKING, LLC, Appellant

## V.

## JESUS GUTIERREZ, ROBERTO RIOS, AND NOEL AGUIRRE, Appellees

**On Appeal from the 441st District Court**
**Midland County, Texas**
**Trial Court Cause No. CV57290**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court an unopposed motion to dismiss this appeal. In the motion, Appellant states that it has "reached settlement agreements with all Appellees" and, as a result, has "agreed to dismiss this appeal." Accordingly, Appellant requests that we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellant's motion and dismiss this appeal.

JOHN M. BAILEY

December 14, 2023                    CHIEF JUSTICE

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.